371 A.2d 1311

Noble J. Dick, Inc., Appellant, v. McGraw-
Edison Company.

Argued November 15, 1976. Jack W. Plow-
man, with him Plowman and Spiegel, for appellant; C.
Arthur Wilson, Jr., with him Eckert, Seamans, Cherin &
Mellott, for appellee.

Decree affirmed.

WATKINS, P. J., absent.

371 A.2d 1311

Pile v. Rings, Appellant, et al.

Argued November 12,
1976. Chester S. Fossee, with him Murovich, Reale &
Fossee, for appellant; Samuel D. Clapper, with him Na-
thaniel A. Barbera, for appellee.

Judgment affirmed.

WATKINS, P. J., absent.